**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| MARGO, G., | ) | CV No. 05 CV 2242 JM AJB |
| Plaintiff, | ) ) | **ORDER ON JOINT MOTION FOR REVISION AND EXTENSION OF** |
| vs. | ) ) | **SCHEDULING ORDER** |
| KARL BLOOMFIELD, DOUGLAS HOLBROOK, et al., | ) ) ) | |
| Defendants. | ) ) | |

The parties hereto having filed a JOINT MOTION FOR REVISION AND EXTENSION OF THE SCHEDULING ORDER OF MAY 18, 2007, and upon a finding that GOOD CAUSE EXISTS THEREFOR,

IT IS HEREBY ORDERED THAT SAID MOTION IS GRANTED.

IT IS HEREBY FURTHER ORDERED:

1. That he date to complete expert witness discovery is hereby extended to March 6, 2008.

2. That the deadline to file pretrial motions is hereby extended to February 28, 2008.

3. That counsel shall comply with the Pre-trial disclosure requirements of Federal Rules of Civil Procedure 26(a)(3) on or before March 21, 2008.

4. That counsel shall meet and take the action required by Local Rule 15.1.f.4 on or before March 28, 2008.

|   |   |
|---|---|
| 1 | 5.  That objections to Pre-trial disclosures shall be filed no later than April 4, 2008. |
| 2 | 6.  That the Proposed Pre-trial Conference Order required by Local Rule 16.1.f.6 shall |
| 3 | be prepared, served, and lodged on or before April 4, 2008. |

IT IS FURTHER ORDERED:

That all other dates assigned for deadlines and/or appearances in the Scheduling Order of May 18, 2007, not addressed in the within Order, are to remain in full force and effect.

IT IS SO ORDERED.

DATED: February 14, 2008

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court