# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGO G., <br><br>　　　　　　　Plaintiff, <br>　vs. <br><br>KARL BLOOMFIELD, DOUGLAS HOLBROOK; LAW OFFICES OF HOLBROOK AND BLOOMFIELD, <br><br>　　　　　　　Defendants. | CASE NO. 05cv2242 JM(AJB) <br><br>ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE |

　　　For good cause shown, the court hereby grants Plaintiff Margo G. and Defendants Karl Bloomfield, Douglas Holbrook, and Law Offices of Holbrook and Bloomfield's joint motion to dismiss with prejudice the entire matter as to all parties and all causes of action. The Clerk of Court is instructed to deny all pending motions as moot and to close the file.

　　　**IT IS SO ORDERED.**

DATED: February 5, 2009

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Hon. Jeffrey T. Miller
　　　　　　　　　　　　　　　　　　　　United States District Judge

cc:　　　All parties

- 1 -　　　　　　　　　　　　　　　　　　　　　　　　　　　　05cv2242